UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 21-4035-MWF(MRWx)**          Dated: **April 29, 2022**

Title:      Eduard Khachatryan v. FCA US LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                              None Present
Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

      In light of the Joint Notice of Settlement [17] filed April 28, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for August 1, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.  Should counsel wish to file a motion for fees, it should do so according to the Local Rules.

      IT IS SO ORDERED.

MINUTES FORM 90                           Initials of Deputy Clerk   __rs__
CIVIL - GEN