UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 21-4035-MWF(MRWx)**                                    Dated: **September 23, 2022**

Title:     Eduard Khachatryan v. FCA US LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

In light of the Joint Notice of Settlement [24] filed September 22, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for November 28, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated. Should counsel wish to file a motion for fees, it should do so according to the Local Rules.

IT IS SO ORDERED.

MINUTES FORM 90                                                   Initials of Deputy Clerk   rs
CIVIL - GEN